# EXHIBIT “B”

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

MARIE SAINT SURIN,

Plaintiff,

v. Case No.

WAL-MART STORES EAST, L.P.
a Foreign Limited Partnership

Defendant.
_______________________________________/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, MARIE SAINT SURIN, (*hereinafter* "MARIE") by and through her undersigned counsel, and sues Defendant, WAL-MART STORES EAST, L.P. a Foreign Limited Partnership (*hereinafter* "WALMART") and in support thereof alleges as follows:

## I. FACTUAL BACKGROUND AND THE PARTIES

1. This is an action for damages that exceed FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs and interest.

2. This lawsuit arises out of a premises liability that occurred inside a Walmart Store #2237 located at 2523 Lee Blvd, Lehigh Acres, FL 33971 Lee County, on January 12, 2021.

3. At all material times, MARIE was and is a competent adult individual who was and is a resident of Fort Myers, Lee County, Florida and is otherwise *sui juris*.

4. At all material times, WAL-MART STORES EAST, L.P. a Foreign Limited Partnership, store #2237 is located on 2523 Lee Blvd, Lehigh Acres, FL 33971.

5. Defendant is licensed to do business in the State of Florida and actively conducts business in Florida, including Lee County, and all events giving rise to this cause of action occurred

within Lehigh Acres, Lee County, Florida. Accordingly, Jurisdiction and Venue are appropriate in this Circuit.

## II. CAUSES OF ACTION

### A. As against Defendant, WALMART

***COUNT I*:**
**Negligence**

6. Plaintiffs hereby repeat and incorporate herein by reference paragraphs one through five of this Complaint as if fully reproduced herein.

7. On or about April 12, 2023, MARIE was a guest at WALMART. At said date and place, WALMART owed to the public and to MARIE in particular to keep the premises it owned in a reasonably safe condition so that persons such as the Plaintiff would not be injured on said premises.

8. WALMART breached its duty to MARIE in that WALMART, its agents, servants, and/or employees, while acting within the course and scope of their employment, created a dangerous and defective condition and/or had knowledge of a dangerous and defective condition and failed to take sufficient measures to protect the public from the unreasonable risk of injury. Specifically, there was water on the floor from a leaking roof as Plaintiff was proceeding to the bread aisle with no signage or warning when she suddenly slipped and fell. She was severely injured. No attempts had been made to keep the floor dry or to use signs to help prevent the floor from being slippery.

9. WALMART knew or should have known of said dangerous and defective condition and failed to take reasonable measures to make their building safe or warn the general public, or MARIE in particular, of any danger. Alternatively, WALMART allowed said dangerous and

defective condition to exist for a length of time sufficient in which a reasonable inspection would have disclosed such condition.

10. As a direct and proximate result of the carelessness and negligence of WALMART, MARIE was caused to sustain serious personal injuries including: (i) bodily injury; (ii) pain, and suffering of body and mind; (iii) loss of capacity for the enjoyment of life; and, (iv) expenses of hospitalization, medical and nursing care and treatment.

**WHEREFORE**, Plaintiff, MARIE SAINT SURIN demands judgement against Defendant, WALMART, granting the following relief:

a. All economic and non-economic damages to which she is legally entitled for her personal injuries; and

b. Such other relief this honorable Court deems just and appropriate.

## III. DEMAND FOR JURY TRIAL

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Respectfully submitted this 13th day of March 2025.

MARC L. SHAPIRO, P.A.

By: /s/ Laurie H. Anton
Laurie H. Anton, Esq.
Florida Bar No. 0817732
720 Goodlette- Frank Rd. N., Suite 304
Naples, FL 34102-5656
Telephone: (239) 500- 5000
Facsimile: (239) 649- 8057
Service Email: service@attorneyshapiro.com
Communication Email: laurie@attorneyshapiro.com
*Attorney for Plaintiff*